PETRA EGENES, as Administratrix, etc., of BERGER M. OLSEN EGENES, Deceased

Respondent, v. MORSE DRY DOCK AND REPAIR COMPANY, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Rich, Jaycox and Young, JJ., concur; Kapper, J., dissents.